1064

DON H. KLAGES, ET AL, *Respondents,* v. VICTOR
CHIMIENTI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 238294, Richard J. Ennis, J., entered
November 21, 1977. *Affirmed in part* and *remanded* by
unpublished opinion per Green, C.J., concurred in by
McInturff and Roe, JJ.

RUTH O. BARNES, *Respondent,* v. ROBERT
L. MARKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 240125, Philip J. Thompson, J.,
entered March 8, 1978. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Green, C.J., and Roe, J.

CHET F. LEESON, ET AL, *Appellants,* v. GARY
RICKMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 239042, Patrick McCabe, J., entered
February 27, 1978. *Affirmed as modified* by unpublished
opinion per McInturff, J., concurred in by Green, C.J., and
Munson, J.